IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

ASHLEIGH MACKIN

        Plaintiff,                           Civ. No. 3:21-cv-01202-MC

    v.                                           JUDGMENT

DALLES INN MOTEL, LLC,

        Defendant.

_____

MCSHANE, Judge:

    Based on the voluntary dismissal, this action is dismissed.

    IT IS SO ORDERED.

    DATED this 31st day of August, 2021.

                                       _____/s/ Michael J. McShane_____
                                                Michael McShane
                                         United States District Judge

1 – JUDGMENT